

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00739-CR

The **STATE** of Texas,
Appellant

v.

Aldo **GALINDO-ZAMORA**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,800
Honorable Jose A. Lopez, Judge Presiding

Opinion by:    Irene Rios, Justice

Sitting:        Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: September 27, 2023

AFFIRMED

The State appeals the trial court's order granting Aldo Galindo-Zamora's habeas relief. We affirm.

## BACKGROUND

As part of Operation Lone Star, Aldo Galindo-Zamora, a noncitizen, was arrested for trespassing on private property in Zapata County. He filed an application for writ of habeas corpus seeking dismissal of the criminal charge based on a violation of his state and federal rights to equal protection. Specifically, Galindo-Zamora asserted that the State of Texas was engaging in selective

prosecution because only men were being charged with misdemeanor criminal trespass. The trial court granted Galindo-Zamora's requested relief, and the State appealed.

## DISCUSSION

The habeas proceeding in this appeal occurred concurrently with the proceeding in *State v. Del Campo-Chavez*, No. 04-22-00737-CR, 2023 WL 4916433, at *1 (Tex. App.—San Antonio Aug. 2, 2023, no pet. h.). This appeal involves the same arguments and evidence on the same record as that opinion. For the reasons described in that opinion, we affirm the trial court's order granting habeas relief.

Irene Rios, Justice

DO NOT PUBLISH